**O. T. TINSLEY, Appellant, v. STATE of Texas, Appellee.**

No. 20609.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

Wyatt J. Baldwin, of Beaumont, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for five years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.